```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CR S-05-456 FCD |
| Plaintiff, ) | ) **STIPULATION AND ORDER** |
| v. ) | ) DATE: August 28, 2006 |
| RAQUEL SOLORIO, ) | ) TIME: 9:30 a.m. |
| Defendant. ) | ) CTRM: Hon. Frank C. Damrell, Jr. |
| _____) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Raquel Solorio, through her counsel, Dina Santos, Esq., stipulate and agree to the following revised motion schedule:

1. Government's response to defendant's motion to sever to be filed on August 16, 2006;

2. Defendants' reply, if any, to be filed by August 23, 2006; and

3. Status and hearing on the motion August 28, 2006, at 9:30 a.m.

///

///

1

1     The government needs additional time to research and prepare
2 its response to the defendant's motion.  During the last few weeks,
3 counsel for the government has been on annual leave.  Accordingly,
4 the parties stipulate that time be excluded for the pendency of this
5 motion pursuant to 18 U.S.C. §3161(h)(1)(F)- delay resulting from
6 any pretrial motion and 18 U.S.C. §3161(h)(8)(B)(ii) - additional
7 time to adequately prepare for pretrial proceedings.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

11 DATED: August 4, 2006        By: /s/ William S. Wong
                                      WILLIAM S. WONG
12                                     Assistant U.S. Attorney
                                    Attorneys for Plaintiff

14 DATED: August 4, 2006        By:  /s/ Dina L. Santos
15                                     DINA L. SANTOS, ESQ.
                                    Attorney for Defendant
16                                     RAQUEL SOLORIO

17 _____

### ORDER

19    UPON GOOD CAUSE SHOWN, the revised law and motion schedule is
20 adopted.  Furthermore, time is excluded for the reasons set forth
21 above.

22     **IT IS SO ORDERED.**

23

DATED: August 8, 2006
24                                     /s/ Frank C. Damrell Jr.
                                    HONORABLE FRANK C. DAMRELL, JR.
25                                     UNITED STATES DISTRICT COURT JUDGE