1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR S-05-456 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: August 28, 2006 |
| RAQUEL SOLORIO, ) | TIME: 9:30 a.m. |
| ) | CTRM: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____) | "AS MODIFIED" |

   The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Raquel Solorio, through her counsel, Dina Santos, Esq., stipulate and agree to continue the motion hearing regarding defendant Solorio's Motion to Sever to September 18, 2006. The Government's opposition shall be filed on or before September 5, 2006 and a reply by defendant no later than September 11, 2006.

   The government needs additional time due to a complex trial beginning September 6, 2006, in United States v. Huy Chi Luong,
///
///

1

CR-S-96-350 WBS, which requires government counsel to travel out of state the week of August 28, 2006 to prepare witnesses.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT  
                                                United States Attorney

DATED: August 25, 2006        By: /s/ William S. Wong  
                                                WILLIAM S. WONG  
                                                Assistant U.S. Attorney  
                                                Attorneys for Plaintiff

DATED: August 25, 2006        By: /s/ Dina L. Santos  
                                                DINA L. SANTOS, ESQ.  
                                                Attorney for Defendant  
                                                RAQUEL SOLORIO

_____

**ORDER**

    UPON GOOD CAUSE SHOWN, the revised law and motion schedule is adopted.  Furthermore, time is excluded for the reasons set forth above.

    **IT IS SO ORDERED**.

DATED: August 25, 2006  
                                                /s/ Frank C. Damrell Jr.  
                                                HONORABLE FRANK C. DAMRELL, JR.  
                                                UNITED STATES DISTRICT COURT JUDGE