```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR S-05-456 FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: September 18, 2006 |
| RAQUEL SOLORIO, ) | TIME: 9:30 a.m. |
| ) | CTRM: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____) | |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Raquel Solorio, through her counsel, Dina Santos, Esq., stipulate and agree that Government's response to Defendant's Motion to Sever will be due October 16, 2006 and the hearing on the motion which was scheduled for September 18, 2006 be continued to October 23, 2006, at 9:30 a.m.

Government counsel has been in a complex trial for the past two weeks in <u>United States v. Huy Chi Luong, et al.</u>, CR-S-96-350 WBS, and needs additional time to research and prepare its response to the defendant's motion.  Accordingly, the parties stipulate that

time be excluded from September 18, 2006 to October 23, 2006, for the pendency of this motion pursuant to 18 U.S.C. §3161(h)(1)(F)- delay resulting from any pretrial motion and 18 U.S.C. §3161(h)(8)(B)(ii) - additional time to adequately prepare for pretrial proceedings.

                                      Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: September 20, 2006      By: /s/ William S. Wong
                                        WILLIAM S. WONG
                                        Assistant U.S. Attorney
                                        Attorneys for Plaintiff


DATED: September 20, 2006      By: /s/ Dina L. Santos
                                        DINA L. SANTOS, ESQ.
                                        Attorney for Defendant
                                        RAQUEL SOLORIO

_____

**ORDER**

UPON GOOD CAUSE SHOWN, the revised law and motion schedule is adopted.  Furthermore, time is excluded from September 18, 2006 to October 23, 2006, for the reasons set forth above.

**IT IS SO ORDERED.**

DATED: September 20, 2006
                                        /s/ Frank C. Damrell Jr.
                                        HONORABLE FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT COURT JUDGE