DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
RAQUEL SOLORIO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR S-05-0456 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| RAQUEL SOLORIO | ) | |
| Defendant. | ) | |
| | ) | Date: February 26, 2007 |
| _____ | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney DINA L. SANTOS, Counsel for Defendant RAQUEL SOLORIO, that the status conference and motion scheduled for February 20, 2007, be vacated and that all matters be continued to this Court's criminal calendar on February 26, at 10:00 a.m, for status and possible change of plea.

This continuance is requested by the defense in order to permit further client consultation, and review of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv),

1  Local code T-4 (time to prepare), and that the ends of justice served in
2  granting the continuance and allowing the defendant further time to prepare
3  outweigh the best interests of the public and the defendant in a speedy
4  trial.

5  The Court is advised that all counsel have conferred about this request,
6  that they have agreed to the February 26, 2007 date, and that Mr. Wong has
7  authorized Ms. Santos to sign this stipulation on his behalf.

8  **IT IS SO STIPULATED.**

9  Dated: February 14, 2007         /S/ Dina L. Santos
                                    DINA L. SANTOS
10                                  Attorney for Defendant
                                    RAQUEL SOLORIO
11

12
   Dated: February 14, 2007         /S/ William Wong
13                                  WILLIAM WONG
                                    Assistant United States Attorney
14                                  Attorney for Plaintiff

15

16
                              **O R D E R**
17

18
    **IT IS SO ORDERED.**
19
   Dated: February 16, 2007
20

21

22
                                    _____
23                                  FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

Stipulation and Order                2